NEW-YORK,
May, 1819.

MATHER
v.
BUSH.

JAMES *against* HENRY.

THE COURT said, that a Justice's judgment was equivalent, at least, to a specialty; and that *assumpsit* will not, therefore, lie on such a judgment; but the action should be debt.

*Debt, not assumpsit, lies on a justice's judgment; it being equivalent, at least, to a specialty.*